MAX ADLER, Respondent, v. VILLAGE OF SARANAC LAKE, Appellant, et al., Defendants.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.